**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Matter of J.J.

Appellate case number:    01-19-00712-CV

Trial court case number:  2018-03598J

Trial court:              315th District Court of Harris County

On April 10, 2020, appellant filed a motion to remove the clerk's record from public viewing on this Court's website because it contains sensitive information that has not been redacted. *See* TEX. R. APP. P. 9.8(c), 9.9. Ten days have passed and no party has opposed the motion. *See* TEX. R. APP. P. 10.3. Accordingly, we grant the motion and direct the Clerk of this Court to remove the clerk's record from this Court's website. *See* TEX. R. APP. P. 9.9(e).

It is so ORDERED.

Judge's signature: _____/s/ Sherry Radack_____
            ☒ Acting individually    ☐ Acting for the Court

Date:   __April 21, 2020_____